THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ricky A. Thomas, Appellant.
 
 
 

Appeal From Barnwell County
 Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2007-UP-00137
Submitted April 2, 2007  Filed April 3, 2007   

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Ricky A. Thomas appeals his guilty plea and sentence of nine years imprisonment suspended upon the service of six years for burglary in the second degree.  Thomas argues his guilty plea was conditional, and thus invalid, because the plea judge advised him of his right to appeal.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Thomass appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and STILWELL, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.